| Case | Docket | Date | Judge | Disposition |
|---|---|---|---|---|
| M.S. v. C.B. | 29A05–1609–PO–2131 | 03/29/2017 | VAIDIK, C.J. | Affirmed in part, Reversed in part, and Remanded |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Davis v. State | 71A05–1607–CR–1607 | 03/29/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | KIRSCH, J. | Concurs. |
| Jamison v. Holden | 82A01–1608–JP–1932 | 03/29/2017 | ROBB, J. | Reversed and Remanded |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Peters v. State | 33A05–1610–CR–2422 | 03/29/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Tin Nung v. State | 49A04–1606–CR–1449 | 03/29/2017 | NAJAM, J. | Reversed and Remanded |
| | | | RILEY, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Brown v. State | 48A04–1606–CR–1368 | 03/29/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Jones v. State | 48A02–1601–CR–130 | 03/30/2017 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Lewis v. State | 31A04–1605–CR–1006 | 03/30/2017 | FRIEDLANDER, Sr.J. | Reversed and Remanded |
| | | | VAIDIK, C.J. | Concurs in result without opinion |
| | | | KIRSCH, J. | Concurs |
| Clark v. State | 45A03–1610–CR–2300 | 03/30/2017 | BAKER, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Whiteside v. State | 02A05–1607–CR–1659 | 03/30/2017 | BAKER, J. | Affirmed in part and Reversed in part with instructions |